# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Nicole I Tasker                              Personnel Number.....[REDACTED]
808 W PINE ST                                Corrections
COAL TOWNSHIP PA  17866-2706                 Pay Period.. 01/07/2024 - 01/20/2024
                                             Fed Tax Status: Single or Married Filing Sep
                                             Fed Tax Allowances: 00   Period: 03/2024
B/U:F4     Group:08     Level:07
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/02/2024 | 1,954.18 | = | 2,844.75 | + | 0.00 | - | 516.77 | - | 373.80 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 58.08 | 2,202.97 | 7,210.12 |
| Annual Leave Pay | 37.93 | 1.92 | 72.83 | 72.83 |
| Sick Leave Pay | 37.93 | 7.50 | 284.47 | 284.47 |
| Holiday/Comp lieu Holiday | 37.93 | 7.50 | 284.48 | 840.83 |
| Total Gross | | | 2,844.75 | 8,408.25 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 197.71 | 568.67 |
| TX EE Social Security Tax | 166.67 | 492.64 |
| TX EE Medicare Tax | 38.98 | 115.21 |
| State             Pennsylvania | | |
| TX Withholding Tax | 82.53 | 243.93 |
| TX EE Unemployment Tax | 2.00 | 5.89 |
| Local             Coal Township | | |
| TX Withholding Tax | 26.88 | 79.46 |
| TX Local Services Tax | 2.00 | 6.00 |
| EE Taxes | 516.77 | 1,511.80 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 462.46 |
| SEIU Local 668 Union Dues | 39.54 | 116.88 |
| Full Cov Cls AA/Cat 1,6,8 | 177.80 | 525.52 |
| Total Deductions | 373.80 | 1,104.86 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,954.18 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 166.67 |
| TX ER Medicare Tax | 38.98 |
| ER Basic Life | 3.76 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 69.70 |
| PR HMO Northeast | 590.00 |
| ER-SERS | 1,304.60 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,510.49 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Nicole I Tasker                          |Personnel Number.....                    |
|808 W PINE ST                            |Corrections                              |
|COAL TOWNSHIP PA   17866-2706            |Pay Period.. 01/21/2024 - 02/03/2024     |
|                                         |Fed Tax Status: Single or Married Filing Sep |
|                                         |Fed Tax Allowances: 00   Period: 04/2024 |
|B/U:F4      Group:08     Level:07        |                                         |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/16/2024 | 1,970.32 | = | 2,844.75 | + | 0.00 | - | 500.63 | - | 373.80 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 68.70 | 2,605.79 | 9,815.91 |
| Annual Leave Pay | 37.93 | 1.92 | 72.83 | 145.66 |
| Sick Leave Pay | 37.93 | 4.38 | 166.13 | 450.60 |
| Holiday/Comp lieu Holiday | | | | 840.83 |
| Total Gross | | | 2,844.75 | 11,253.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 181.58 | 750.25 |
| TX EE Social Security Tax | 166.67 | 659.31 |
| TX EE Medicare Tax | 38.98 | 154.19 |
| State             Pennsylvania | | |
| TX Withholding Tax | 82.53 | 326.46 |
| TX EE Unemployment Tax | 1.99 | 7.88 |
| Local             Coal Township | | |
| TX Withholding Tax | 26.88 | 106.34 |
| TX Local Services Tax | 2.00 | 8.00 |
| EE Taxes | 500.63 | 2,012.43 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 618.92 |
| SEIU Local 668 Union Dues | 39.54 | 156.42 |
| Full Cov Cls AA/Cat 1,6,8 | 177.80 | 703.32 |
| Total Deductions | 373.80 | 1,478.66 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,970.32 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 166.67 |
| TX ER Medicare Tax | 38.98 |
| ER Basic Life | 3.76 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 69.70 |
| PR HMO Northeast | 590.00 |
| ER-SERS | 1,304.60 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,510.49 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Nicole I Tasker                         |Personnel Number.....[REDACTED]
|808 W PINE ST                           |Corrections
|COAL TOWNSHIP PA  17866-2706            |Pay Period.. 02/04/2024 - 02/17/2024
|                                        |Fed Tax Status: Single or Married Filing Sep
|                                        |Fed Tax Allowances: 00   Period: 05/2024
|B/U:F4    Group:08    Level:07          |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/2024 | 1,970.31 | = | 2,844.75 | + | 0.00 | − | 500.64 | − | 373.80 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 52.50 | 1,991.33 | 11,731.38 |
| Annual Leave Pay | 37.93 | 15.00 | 568.95 | 714.61 |
| Sick Leave Pay | 37.93 | 7.50 | 284.47 | 810.93 |
| Holiday/Comp lieu Holiday | | | | 840.83 |
| Total Gross | | | 2,844.75 | 14,097.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal   Federal | | |
| TX Withholding Tax | 181.58 | 931.83 |
| TX EE Social Security Tax | 166.68 | 825.99 |
| TX EE Medicare Tax | 38.98 | 193.17 |
| State   Pennsylvania | | |
| TX Withholding Tax | 82.53 | 408.99 |
| TX EE Unemployment Tax | 1.99 | 9.87 |
| Local   Coal Township | | |
| TX Withholding Tax | 26.88 | 133.22 |
| TX Local Services Tax | 2.00 | 10.00 |
| EE Taxes | 500.64 | 2,513.07 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 775.38 |
| SEIU Local 668 Union Dues | 39.54 | 195.96 |
| Full Cov Cls AA/Cat 1,6,8 | 177.80 | 881.12 |
| Total Deductions | 373.80 | 1,852.46 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Nicole I Tasker                    |Personnel Number....  [REDACTED]
|808 W PINE ST                      |Corrections
|COAL TOWNSHIP PA  17866-2706       |Pay Period.. 02/18/2024 - 03/02/2024
|                                   |Fed Tax Status: Single or Married Filing Sep
|                                   |Fed Tax Allowances: 00   Period: 06/2024
|B/U:F4    Group:08   Level:07      |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 03/15/2024 | 1,970.32 | = | 2,844.75 | + | 0.00 | − | 500.63 | − | 373.80 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 42.25 | 1,602.54 | 13,333.92 |
| Annual Leave Pay | 37.93 | 15.00 | 568.95 | 1,283.56 |
| Sick Leave Pay | 37.93 | 10.25 | 388.79 | 1,199.72 |
| Holiday/Comp lieu Holiday | 37.93 | 7.50 | 284.47 | 1,125.30 |
| Total Gross | | | 2,844.75 | 16,942.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal      Federal | | |
| TX Withholding Tax | 181.58 | 1,113.41 |
| TX EE Social Security Tax | 166.67 | 992.66 |
| TX EE Medicare Tax | 38.98 | 232.15 |
| State       Pennsylvania | | |
| TX Withholding Tax | 82.53 | 491.52 |
| TX EE Unemployment Tax | 1.99 | 11.86 |
| Local        Coal Township | | |
| TX Withholding Tax | 26.88 | 160.10 |
| TX Local Services Tax | 2.00 | 12.00 |
| EE Taxes | 500.63 | 3,013.70 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 931.84 |
| SEIU Local 668 Union Dues | 39.54 | 235.50 |
| Full Cov Cls AA/Cat 1,6,8 | 177.80 | 1,058.92 |
| Total Deductions | 373.80 | 2,226.26 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Nicole I Tasker                      |Personnel Number.....                       |
|808 W PINE ST                        |Corrections                                 |
|COAL TOWNSHIP PA   17866-2706        |Pay Period.. 03/03/2024 - 03/16/2024        |
|                                     |Fed Tax Status: Single or Married Filing Sep|
|                                     |Fed Tax Allowances: 00   Period: 07/2024    |
|B/U:F4     Group:08    Level:07      |                                            |

| Pay Date      Payment Amount =      Gross       +     Reim.   -      Taxes    -     Deds. |
| 03/28/2024        1,980.56    =    2,861.82     +     0.00    -     506.16    -    375.10 |
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 47.00 | 1,782.71 | 14,263.21 |
| Annual Leave Pay | 37.93 | 18.50 | 701.71 | 2,554.22 |
| Sick Leave Pay | 37.93 | 9.50 | 360.33 | 1,844.52 |
| Holiday/Comp lieu Holiday | | | | 1,125.30 |
| OT 1.0 | 37.93 | 0.45 | 17.07 | 17.07 |
| Total Gross | | | 2,861.82 | 19,804.32 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 185.10 | 1,298.51 |
| TX EE Social Security Tax | 167.73 | 1,160.39 |
| TX EE Medicare Tax | 39.23 | 271.38 |
| State            Pennsylvania | | |
| TX Withholding Tax | 83.05 | 574.57 |
| TX EE Unemployment Tax | 2.00 | 13.86 |
| Local            Coal Township | | |
| TX Withholding Tax | 27.05 | 187.15 |
| TX Local Services Tax | 2.00 | 14.00 |
| EE Taxes | 506.16 | 3,519.86 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 1,088.30 |
| SEIU Local 668 Union Dues | 39.78 | 275.28 |
| Full Cov Cls AA/Cat 1,6,8 | 178.86 | 1,237.78 |
| Total Deductions | 375.10 | 2,601.36 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,980.56 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 167.73 |
| TX ER Medicare Tax | 39.23 |
| ER Basic Life | 3.76 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 70.12 |
| PR HMO Northeast | 590.00 |
| ER-SERS | 1,312.43 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,526.50 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Nicole I Tasker                        |Personnel Number.....  [REDACTED]     |
|808 W PINE ST                          |Corrections                            |
|COAL TOWNSHIP PA   17866-2706          |Pay Period.. 03/17/2024 - 03/30/2024   |
|                                       |Fed Tax Status: Single or Married Filing Sep |
|                                       |Fed Tax Allowances: 00   Period: 08/2024 |
|B/U:F4     Group:08     Level:07       |                                       |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/12/2024 | 1,970.31 | = | 2,844.75 | + | 0.00 | - | 500.64 | - | 373.80 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 59.05 | 2,239.77 | 16,502.98 |
| Annual Leave Pay | 37.93 | 8.45 | 320.51 | 2,874.73 |
| Sick Leave Pay | 37.93 | 7.50 | 284.47 | 2,128.99 |
| Holiday/Comp lieu Holiday | | | | 1,125.30 |
| OT 1.0 | | | | 17.07 |
| Total Gross | | | 2,844.75 | 22,649.07 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 181.58 | 1,480.09 |
| TX EE Social Security Tax | 166.68 | 1,327.07 |
| TX EE Medicare Tax | 38.98 | 310.36 |
| State              Pennsylvania | | |
| TX Withholding Tax | 82.53 | 657.10 |
| TX EE Unemployment Tax | 1.99 | 15.85 |
| Local              Coal Township | | |
| TX Withholding Tax | 26.88 | 214.03 |
| TX Local Services Tax | 2.00 | 16.00 |
| EE Taxes | 500.64 | 4,020.50 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 1,244.76 |
| SEIU Local 668 Union Dues | 39.54 | 314.82 |
| Full Cov Cls AA/Cat 1,6,8 | 177.80 | 1,415.58 |
| Total Deductions | 373.80 | 2,975.16 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,970.31 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 166.68 |
| TX ER Medicare Tax | 38.98 |
| ER Basic Life | 3.76 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 69.70 |
| PR HMO Northeast | 590.00 |
| ER-SERS | 1,304.60 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,510.49 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Nicole I Tasker                        |Personnel Number.....  ██████        |
|808 W PINE ST                          |Corrections                          |
|COAL TOWNSHIP PA   17866-2706          |Pay Period.. 03/31/2024 - 04/13/2024 |
|                                       |Fed Tax Status: Single or Married Filing Sep |
|                                       |Fed Tax Allowances: 00   Period: 09/2024 |
|B/U:F4     Group:08     Level:07       |                                     |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/26/2024 | 1,970.31 | = | 2,844.75 | + | 0.00 | - | 500.64 | - | 373.80 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 75.00 | 2,844.75 | 19,347.73 |
| Annual Leave Pay | | | | 2,874.73 |
| Sick Leave Pay | | | | 2,128.99 |
| Holiday/Comp lieu Holiday | | | | 1,125.30 |
| OT 1.0 | | | | 17.07 |
| Total Gross | | | 2,844.75 | 25,493.82 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 181.58 | 1,661.67 |
| TX EE Social Security Tax | 166.67 | 1,493.74 |
| TX EE Medicare Tax | 38.98 | 349.34 |
| State          Pennsylvania | | |
| TX Withholding Tax | 82.53 | 739.63 |
| TX EE Unemployment Tax | 2.00 | 17.85 |
| Local          Coal Township | | |
| TX Withholding Tax | 26.88 | 240.91 |
| TX Local Services Tax | 2.00 | 18.00 |
| EE Taxes | 500.64 | 4,521.14 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 1,401.22 |
| SEIU Local 668 Union Dues | 39.54 | 354.36 |
| Full Cov Cls AA/Cat 1,6,8 | 177.80 | 1,593.38 |
| Total Deductions | 373.80 | 3,348.96 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,970.31 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 166.67 |
| TX ER Medicare Tax | 38.98 |
| ER Basic Life | 3.76 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 69.70 |
| PR HMO Northeast | 590.00 |
| ER-SERS | 1,304.60 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,510.49 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Nicole I Tasker                         | Personnel Number.....                          |
| 808 W PINE ST                           | Corrections                                    |
| COAL TOWNSHIP PA  17866-2706            | Pay Period.. 04/14/2024 - 04/27/2024           |
|                                         | Fed Tax Status: Single or Married Filing Sep   |
|                                         | Fed Tax Allowances: 00   Period: 10/2024       |
| B/U:F4     Group:08    Level:07         |                                                |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/2024 | 1,970.31 | = | 2,844.75 | + | 0.00 | − | 500.64 | − | 373.80 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 65.37 | 2,479.48 | 21,827.21 |
| Annual Leave Pay | 37.93 | 9.63 | 365.27 | 3,240.00 |
| Sick Leave Pay | | | | 2,128.99 |
| Holiday/Comp lieu Holiday | | | | 1,125.30 |
| OT 1.0 | | | | 17.07 |
| Total Gross | | | 2,844.75 | 28,338.57 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 181.58 | 1,843.25 |
| TX EE Social Security Tax | 166.68 | 1,660.42 |
| TX EE Medicare Tax | 38.98 | 388.32 |
| State            Pennsylvania | | |
| TX Withholding Tax | 82.53 | 822.16 |
| TX EE Unemployment Tax | 1.99 | 19.84 |
| Local            Coal Township | | |
| TX Withholding Tax | 26.88 | 267.79 |
| TX Local Services Tax | 2.00 | 20.00 |
| EE Taxes | 500.64 | 5,021.78 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 1,557.68 |
| SEIU Local 668 Union Dues | 39.54 | 393.90 |
| Full Cov Cls AA/Cat 1,6,8 | 177.80 | 1,771.18 |
| Total Deductions | 373.80 | 3,722.76 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 40.00 |
| Net Payment | 1,930.31 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 166.68 |
| TX ER Medicare Tax | 38.98 |
| ER Basic Life | 3.76 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 69.70 |
| PR HMO Northeast | 590.00 |
| ER-SERS | 1,304.60 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,510.49 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Nicole I Tasker                        |Personnel Number.....  [REDACTED]         |
|808 W PINE ST                          |Corrections                                |
|COAL TOWNSHIP PA   17866-2706          |Pay Period.. 04/28/2024 - 05/11/2024       |
|                                       |Fed Tax Status: Single or Married Filing Sep|
|                                       |Fed Tax Allowances: 00   Period: 11/2024   |
|B/U:F4    Group:08    Level:07         |                                           |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 05/24/2024 | 1,970.32 | = | 2,844.75 | + | 0.00 | - | 500.63 | - | 373.80 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 37.93 | 73.62 | 2,792.41 | 24,619.62 |
| Annual Leave Pay | 37.93 | 1.38 | 52.34 | 3,292.34 |
| Sick Leave Pay | | | | 2,128.99 |
| Holiday/Comp lieu Holiday | | | | 1,125.30 |
| OT 1.0 | | | | 17.07 |
| Total Gross | | | 2,844.75 | 31,183.32 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 181.58 | 2,024.83 |
| TX EE Social Security Tax | 166.67 | 1,827.09 |
| TX EE Medicare Tax | 38.98 | 427.30 |
| State            Pennsylvania | | |
| TX Withholding Tax | 82.53 | 904.69 |
| TX EE Unemployment Tax | 1.99 | 21.83 |
| Local            Coal Township | | |
| TX Withholding Tax | 26.88 | 294.67 |
| TX Local Services Tax | 2.00 | 22.00 |
| EE Taxes | 500.63 | 5,522.41 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 156.46 | 1,714.14 |
| SEIU Local 668 Union Dues | 39.54 | 433.44 |
| Full Cov Cls AA/Cat 1,6,8 | 177.80 | 1,948.98 |
| Total Deductions | 373.80 | 4,096.56 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 40.00 |
| Net Payment | 1,930.32 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 166.67 |
| TX ER Medicare Tax | 38.98 |
| ER Basic Life | 3.76 |
| Annuitant Med Hospital | 275.00 |
| ER Workers Comp Benefit | 69.70 |
| PR HMO Northeast | 590.00 |
| ER-SERS | 1,304.60 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,510.49 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|